FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 OCT 26  PM 4: 18

CLERK
SD          GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JULIE RHODES LATHAM, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF RUFUS ROBERT RHODES, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> WARE COUNTY, GEORGIA, RONNIE MCQUAIG, IN HIS OFFICIAL CAPACITY AS SHERIFF OF WARE COUNTY, GEORGIA, WARE COUNTY EMERGENCY MEDICAL SERVICES, MARK WALKER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF WARE COUNTY EMERGENCY MEDICAL SERVICES, AEDEC INTERNATIONAL, INC., PETER WROBEL, M.D. AND BLACKSHEAR FAMILY PRACTICE, P.C. <br><br> Defendants. | Civil Action No. CV504-098 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW ALL PARTIES who have appeared in this case, by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(ii), file this their Stipulation of Dismissal, dismissing the above-styled action With Prejudice.

This 27th day of October, 2005.

_____
Brent Savage, Esq.
PO Box 10600
Savannah, Georgia 31412
Counsel for Plaintiff

_____
Timothy Roberts, Esq.
Post Office Box 10186
Savannah, Georgia 31412
Counsel for AEDEC International, Inc.

_____
Richard Strickland, Esq.
Post Office Box 220
Brunswick, Georgia 31521
Counsel for Ware County, Georgia, Ronnie McQuaig, in His Official Capacity as Sheriff of Ware County, Georgia, Ware County Emergency Medical Services, Mark Walker, in His Official Capacity as Director of Ware County Emergency Medical Services

_____
Wiley A. Wasden, III, Esq.
Post Office Box 8047
Savannah, Georgia 31412
Counsel for Peter Wrobel, M.D. and Blackshear Family Practice, P.C.