IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JULIE RHODES LATHAM, Individually and as Administratrix of the Estate of RUFUS ROBERT RHODES, Deceased, | * * * * |
| Plaintiff | * * |
| v. | * CASE NUMBER: CV504-098 * |
| WARE COUNTY, GEORGIA; RONNIE McQUAIG, in his Official Capacity as Sheriff of Ware County, Georgia; WARE COUNTY EMERGENCY MEDICAL SERVICES; MARK WALKER, in his Official Capacity as Director of WARE COUNTY EMERGENCY MEDICAL SERVICES; AEDEC INTERNATIONAL, INC.; PETER WROBEL, M.D.; and BLACKSHEAR FAMILY PRACTICE, P.C., | * * * * * * * * * * * * |
| Defendants | * * |

## STIPULATION OF DISMISSAL

COME NOW the plaintiffs and defendants, by and through their undersigned counsel, and hereby file this Stipulation of Dismissal pursuant to F.R.C.P. 41(a)(1)(ii). The Dismissal is signed on behalf of all of the parties who have appeared in this action. The dismissal of the action is with prejudice. The parties agree that each party will bear its own costs in this action.

SO STIPULATED, this 20th day of October, 2005.

Savage, Turner, Pinson, & Karsman, P.C.

By: _____
Brent J. Savage
Georgia Bar No. 627450

304 E. Bay Street
Savannah, Georgia 31412
(912) 231-1140

                                Whelchel, Brown, Readdick & Bumgartner, LLP

                                By: _____
                                     Richard K. Strickland
                                     Georgia Bar Number 687830
                                     Attorney for Defendants Ware County, Georgia, McQuaig, Ware County EMS and Walker

5 Glynn Avenue
Post Office Box 220
Brunswick, Ga 31521-0220
(912) 264-8544
rstrickland@wbrblaw.com

                                Oliver, Maner & Gray, LLP

                                BY: _____
                                     Patrick T. O'Connor
                                     Georgia Bar Number: 548425
                                     Timothy D. Roberts
                                     Georgia Bar Number: 609795
                                     Attorneys for Defendant AEDEC International, Inc.

Post Office Box 10186
Savannah, GA 31412
(912) 236-3311

                                Brennan & Wasden

                                By: _____
                                     Wiley A. Wasden III
                                     Georgia Bar Number: 738750
                                     Peter A. Giusti
                                     Georgia Bar Number: 296279
                                     Attorneys for Defendants Wrobel and Blackshear Family Practice, P.C.

Post Office Box 8047
Savannah, GA 31412
(912) 232-6700